**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **YEN LAM NOVACK, MY VINSON, AND KEVIN MATA,**  *Plaintiffs,*  v.  **RICE108 INC d/b/a PHO CHATEAU and THYANNA NGO, Individually.**  *Defendants.* | **Civil Action No. 3:17-cv-01684-N** |

**DEFENDANT VUONG NGUYEN'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), Defendant Vuong Nguyen, by and through, attorney-of-record, submits this Certificate of Interested Persons, to the best of his information, knowledge and belief:

1. Plaintiff Yen Lam Novack;

2. Plaintiff My Vinson;

3. Plaintiff Kevin Mata;

4. Plaintiff's attorney, Herrmann Law, PLLC;

5. Defendant Rice108, Inc. d/b/a Pho Chateau;

6. Defendant Thyanne Ngo;

7. Defendant Vuong Nguyen;

8. Defendants' attorney, William Chu.

No other persons or entities, who or which are financially interested in the outcome of the case, are currently known to Defendant.

DATED this 13th day of March, 2018.                    Respectfully submitted,

                                                   By: /s/William Chu
                                                   William Chu
                                                   Texas State Bar No. 04241000
                                                   Law Offices of William Chu
                                                   4455 LBJ Freeway, Suite 1008
                                                   Dallas, Texas 75244
                                                   Telephone: (972) 392-9888
                                                   Facsimile: (972) 392-9889
                                                   wmchulaw@aol.com
                                                   **Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

                                                   /s/ William Chu
                                                   William Chu