IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YEN LAM NOVACK, ET AL., §<br>  PLAINTIFFS, §<br> §<br>v. §<br> §<br>RICE108 INC. D/B/A §<br>PHO CHATEAU, ET AL., §<br>  DEFENDANTS. § | CIVIL ACTION NO. 3:17-CV-1684-N-BK |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendants' FRCP 12(b)(6) Motion to Dismiss Plaintiffs' Complaint*, Doc. 24, is **DENIED**.

**SO ORDERED** this 11th day of February, 2019.

_____
David C. Godbey
United States District Judge